| GERALD M. SHAPIRO | | COMMACK OFFICE |
| Licensed in Illinois & Florida | Law Offices of | |
| DAVID S. KREISMAN | **Shapiro & DiCaro, LLP** | 777 Larkfield Road |
| Licensed in Illinois | 250 Mile Crossing Boulevard | Suite 110 |
| JOHN A. DICARO | Suite One | Commack, New York 11725 |
| Managing Partner | Rochester, New York 14624 | (631) 462-2525 |
| | (585) 247-9000 | FAX(631) 462-9080 |
| FRANK M. CASSARA | FAX(585) 247-7380 | |
| AMANDA R. INSALACO | | SHARI SELTZER BARAK |
| GARY M. KANELLIS | | Managing Attorney |
| ANNE MILLER-HULBERT | | |
| ELLIS M. OSTER | | JOHN DELLO-IACONO |
| LARRY T. POWELL | | |
| | | |
| KAREN R. MCCLOSKEY | | |
| Of Counsel | | |

May 20, 2009

United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201

RE: Amarjit Singh
Chapter 13
Case Number: 09-41446
S&D File Number: 07-61309

Dear Sirs:

This letter confirms that the Motion for Relief from Stay filed in the above bankruptcy case by Deutsche Bank National Trust Company, as Trustee scheduled for May 21, 2009 at 11:30 a.m. has been settled with a Conditional Order. The Order will be submitted to Court shortly.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,


/s/Anne E. Miller-Hulbert


cc: Debtor
Amarjit Singh
8753 133rd Street
Richmond Hill, NY 11418

Attorney for Debtor
Narissa A. Joseph
277 Broadway
Suite 501
New York, NY 10017

Trustee
Michael J. Macco, Esq.
Macco & Stern
135 Pinelawn Road
Suite 120 South
Melville, NY 11747