UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
IN RE

AMARJIT SINGH

DEBTOR

CHAPTER 13

CASE NO. 09-41446

JUDGE: Carla E. Craig

**ORDER CONDITIONALLY GRANTING RELIEF**
**FROM THE AUTOMATIC STAY**

Upon the Motion of Deutsche Bank National Trust Company, as Trustee dated May 6, 2009, with exhibits attached thereto with proof of service upon the Trustee, Debtor and Debtor's Attorney; and the Motion having come to be heard on May 21, 2009; and the parties having agreed to resolve this Motion with a Conditional Order, it is hereby:

**ORDERED** that the motion of Deutsche Bank National Trust Company, as Trustee is conditionally granted as more fully set forth below, and it is further

A. **ORDERED** that the Debtor shall pay all post-petition arrears owed on the mortgage through May 31, 2009 in the sum of $14,108.54 in six equal monthly installments of $2,351.42 commencing June 15, 2009 and continuing through November 15, 2009. Said payment in <u>certified funds</u> payable to American Home Mortgage Servicing, Inc., loan servicing agent for Deutsche Bank National Trust Company as Trustee, shall be sent to the following address:

Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624

The sum of $14,108.54 consists of the following:

| | | |
|---|---|---:|
| 03 monthly payments at $4,360.70 each – March 2009 – May 2009 | = $ | 13,082.10 |
| 03 Late Charges at $75.48 each | = $ | 226.44 |
| Bankruptcy Filing Costs | = $ | 150.00 |
| Bankruptcy Attorneys' fees | = $ | 650.00 |
| TOTAL | = $ | 14,108.54 |

  B. **THAT**, Debtor shall make the regular monthly payments to American Home Mortgage Servicing, Inc. at the address listed below by the 15th of each and every month commencing June 1, 2009.

>American Home Mortgage Servicing, Inc.
>PO Box 631730
>Irving, TX  75063-1730
>Attn:  Bankruptcy Cashiering

  C. **THAT**, in the event the Debtor fails to tender the sums due under paragraph A herein above, then the automatic stay shall be vacated upon the entry of an Order providing therefor with respect to the mortgage held by Deutsche Bank National Trust Company, as Trustee, to allow Deutsche Bank National Trust Company, as Trustee to foreclose on the mortgage and the real property known as 87-53 133rd Street, Richmond Hill, NY 11418, (the "Property"); which order shall may be settled with an Affidavit of non-Compliance.

  D. **THAT**, in the event the Debtor fails to make any one payment due under paragraph B above and thereafter fails to cure said default within ten (10) days from the date of service of a written Notice to Cure upon the Debtor and Debtor's Attorney, and then the automatic stay shall be vacated upon the entry of an Order providing therefor to

allow Deutsche Bank National Trust Company, as Trustee to foreclose on the Mortgage and the Property which may be settled together with an Affidavit of Non-Compliance; and it is further

**ORDERED** that in the event that three (3) notices to cure have been sent to Debtor as a result of three defaults under this Order and there is a fourth default, the automatic stay may be vacated upon entry of a separate order which may be settled with an affidavit of non-Compliance, and it is further

**ORDERED** that the case trustee shall be given notice of surplus monies that may exist after the sale.

Dated: May 29, 2009
Brooklyn, NY

Enter:

*/s/Carla E. Craig*_____
Honorable Carla E. Craig
United States Bankruptcy Judge

Approved:

/s/Narissa A. Joseph
Narissa A. Joseph, Esq.
Attorney for Debtor