UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

Case No. 09-41446

- - - - - - - - - - - - - - - - - - - - - -x

In the Matter of:


AMARJIT K. SINGH,


      Debtor.


- - - - - - - - - - - - - - - - - - - - - -x


        U.S. Bankruptcy Court

        271 Cadman Plaza East

        Brooklyn, New York


        February 27, 2009

        10:41 a.m.


B E F O R E:

HON. CARLA E. CRAIG

U.S. BANKRUPTCY JUDGE

MOTION TO INVOKE AUTOMATIC STAY

Transcribed by: Esther Accardi

```
 1    A P P E A R A N C E S :
 2    LAW OFFICE OF NARISSA A. JOSEPH
 3         Attorney for Debtor
 4         277 Broadway
 5         Suite 501
 6         New York, New York 10007
 7
 8    BY:  NARISSA A. JOSEPH, ESQ.
 9
10
11    CERTILMAN BALIN ADLER & HYMAN, LLP
12         Chapter 7 Trustee
13         90 Merrick Avenue
14         East Meadow, New York 11554
15
16    BY:  HONORABLE RICHARD J. MCCORD
```

4

| | |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | THE CLERK: Calling the case of Amarjit Singh, 09- |
| 3 | 41446. |
| 4 | MS. JOSEPH: Good morning, Your Honor. Marissa Joseph |
| 5 | for Mrs. Singh. |
| 6 | Your Honor, this is the debtor's motion to invoke the |
| 7 | automatic stay after the filing of two prior cases within one |
| 8 | year of this filing. |
| 9 | Your Honor, under the rules the debtor has the burden |
| 10 | of rebutting the presumption of bad faith because of the two |
| 11 | prior filings. I met with the diet -- the debtor, I'm sorry, |
| 12 | Your Honor. She retained me late yesterday. She filed an |
| 13 | initial 13. When she filed the initial 13 her husband was -- |
| 14 | he had a construction business and he wasn't making as much |
| 15 | money. They filed a Chapter 7 with the hopes of doing a loan |
| 16 | modification. What the (cell phone ringing) -- I apologize, |
| 17 | Your Honor, I think that might be me. |
| 18 | When they filed the Chapter 7 they obtained a |
| 19 | discharge and they were trying to work on the loan |
| 20 | modification. Their Chapter 7 attorney advised them to wait |
| 21 | until they received their discharge before they worked on the |
| 22 | loan modification. They actually ended up filing for the loan |
| 23 | modification on February 2nd. I think the paperwork was sent |
| 24 | out to the bank but nothing else was done on the loan |
| 25 | modification. |

| | |
|---|---|
| 1 | The husband is now working as a cab driver. I went |
| 2 | through their budget with them. Their daughter is a doctor, |
| 3 | she's looking for a job. And they hope that with the wife's |
| 4 | steady income, the husband's now steady income, and the |
| 5 | daughter's income, they would be able to resume making the |
| 6 | mortgage payments. |
| 7 | THE COURT: Okay. My question is, is -- the 7 is |
| 8 | still pending and Mr. McCord is the trustee, correct? |
| 9 | MS. JOSEPH: Yes, Your Honor. |
| 10 | THE COURT: Okay. So is this property being |
| 11 | administered in the 7? In fact, Mr. -- we should get Mr. |
| 12 | McCord in here so I can ask him that question. I assume that |
| 13 | that is not the case, correct? |
| 14 | MS. JOSEPH: No, Your Honor. The stay was lifted -- |
| 15 | THE COURT: Right. |
| 16 | MS. JOSEPH: -- in regards to that -- |
| 17 | THE COURT: But there's a -- there's a stipulation on |
| 18 | file here creating a carve-out but it relates to a different |
| 19 | property. |
| 20 | MS. JOSEPH: Yes, Your Honor, that's the property that |
| 21 | was in Hempstead. That was a commercial property. |
| 22 | THE COURT: And that's being sold in the 7? |
| 23 | MS. JOSEPH: Yes, Your Honor. |
| 24 | THE COURT: But the -- but the -- you know, if Mr. |
| 25 | McCord can -- comes in here, I would, you know, want to -- if |

```
 1   he's able to, if he -- tell me this to just be certain that
 2   this property that the debtor wants to administer in a 13 is
 3   not already being administered in the -- in the 7.
 4            Now, let me ask you have you spoken to
 5   representatives -- any representatives of the lender?
 6            MS. JOSEPH:  I spoke with Shannon from Shapiro &
 7   Dicaro, that's the -- the lender's attorney.  She advised me
 8   that they had cancelled the sale because they received the
 9   bankruptcy papers, but they could not -- they didn't -- they
10   weren't able to present a position to the Court because they
11   did not have a chance to speak to the bank --
12            THE COURT:  All right.
13            MS. JOSEPH:  -- and figure out whether or not they're
14   going to be retained on this matter.
15            THE COURT:  All right.
16            (Pause)
17            THE COURT:  Okay.  Sorry to bring you in on this, Mr.
18   McCord.
19            (Pause)
20            MR. MCCORD:  Good morning, Your Honor.
21            THE COURT:  Good morning.  Thank you for stepping up
22   here.  This is a situation where this debtor who is -- is in a
23   Chapter 7 that's pending --
24            MR. MCCORD:  Yes, Your Honor.
25            THE COURT:  -- where you're the trustee --
```

6

```
 1    MR. MCCORD:  Yes, Your Honor.
 2    THE COURT:  -- has filed a 13 where she wants to cure
 3    the arrears on her residence.  And it does not appear to me
 4    from what I can tell on the docket that you're administering
 5    the house.  Although, there is another asset that is being
 6    administered, which is apparently a commercial property.  But
 7    if you can -- if you know or can tell me if this --
 8    Yes, you can show him the stipulation.
 9    If you -- maybe this'll jog your memory.  I'm guessing
10    from the docket that you're not administering the house.
11    MR. MCCORD:  Right.
12    THE COURT:  But if you're not able to say then
13    that's -- you know, that also is a relevant consideration.
14                    (Pause)
15    MR. MCCORD:  Your Honor, I believe -- I believe I
16    negotiated a carve-out with the secured creditor through
17    counsel for -- for the sale --
18    THE COURT:  On the house also?
19    MR. MCCORD:  It may possibly -- could I have just a
20    brief second to call him?
21    THE COURT:  Yeah, sure.  But, you know, as I'm
22    thinking about this now I'm realizing the property -- the sale
23    has been cancelled.
24    MS. JOSEPH:  Yes, Your Honor.
25    THE COURT:  That's in -- this is what chambers was
```

7

```
 1  told as well.  So I think that since we're not looking at an
 2  imminent foreclosure sale what I would do is set this down for
 3  hearing on what would be your Chapter 13 confirmation date,
 4  which is the 24th.  Right.
 5          MR. MCCORD:  March, Your Honor?
 6          THE COURT:  Right, the 24th of March.  I can't imagine
 7  they'd be able to re-notice a foreclosure sale before then.
 8  But in any event, I would issue an order directing the lender
 9  to refrain from pursuing a foreclosure sale prior to March
10  24th.  And then -- so we'll set it down for 1 -- 1 o'clock on
11  the 24th?
12          (Pause)
13          THE COURT:  Make it 12 so they don't have to -- so Mr.
14  McCord doesn't have to wait around, you know.  I mean -- and
15  it -- Mr. McCord, if it turns out that you, you know -- if it
16  turns out this is a property you're administering in your 7 --
17          MR. MCCORD:  It is not.
18          THE COURT:  If it turns out that it is --
19          MR. MCCORD:  Oh.
20          THE COURT:  -- then it would be a problem, I should
21  think, for them to continue with their 13.
22          MR. MCCORD:  Correct.
23          THE COURT:  This is the -- but if it's not something
24  you're administering then that's a different story.
25          MR. MCCORD:  I will look into it.  And if it's not
```

9

1    I'll report back to the Court prior to that date in writing,
2    maybe I'll send -- with your permission, I'll send you a
3    letter.
4         THE COURT: I appreciate that.
5         MR. MCCORD: If it is, I'll send you a letter also but
6    I'll plan on appearing then.
7         THE COURT: So, Ms. Joseph, what we'll do, given --
8    given the fact that the sale's been cancelled anyway, so I'll
9    set this motion down for a hearing on the 24th. We'll issue
10   an order. You need to make sure that you serve the lender
11   appropriately.
12        MS. JOSEPH: Okay.
13        THE COURT: And you have to -- that way we'll be able
14   to hear any opposition.
15        MS. JOSEPH: Okay.
16        THE COURT: I'll want you to serve Mr. McCord and the
17   Chapter 13 trustee as well -- as well as the lender.
18        MS. JOSEPH: All right.
19        THE COURT: So -- so I think that takes care of this.
20        MS. JOSEPH: Okay.
21        THE COURT: All right.
22        MS. JOSEPH: Thank you.
23        THE COURT: Oh, we're setting this down for 12
24   o'clock -- 12 o'clock on the 24th.
25        (Proceedings concluded at 10:48 a.m.)

# I N D E X

## R U L I N G

| | PAGE | LINE |
|---|---|---|
| Ordered That Lender is to Refrain From Pursuing a Foreclosure Sale Prior To March 24th Hearing | 8 | 8 |

C E R T I F I C A T I O N

I, Esther Accardi, certify that the foregoing transcript is a true and accurate record of the proceedings.

ESTHER ACCARDI (CET**D-485)
AAERT Certified Electronic Transcriber

Veritext LLC

200 Old Country Road

Suite 580

Mineola, New York 11501

Date: September 24, 2009

**A**

**AAERT** 11:8
**able** 5:5 6:1,10 7:12 8:7 9:13
**Accardi** 2:24 11:4,7
**accurate** 11:5
**ADLER** 3:11
**administer** 6:2
**administered** 5:11 6:3 7:6
**administering** 7:4,10 8:16,24
**advised** 4:20 6:7
**Amarjit** 1:8 4:2
**anyway** 9:8
**apologize** 4:16
**apparently** 7:6
**appear** 7:3
**appearing** 9:6
**appreciate** 9:4
**appropriately** 9:11
**arrears** 7:3
**asset** 7:5
**assume** 5:12
**attorney** 3:3 4:20 6:7
**automatic** 2:1 4:7
**Avenue** 3:13
**a.m** 1:19 9:25

**B**

**B** 1:21
**back** 9:1
**bad** 4:10
**BALIN** 3:11
**bank** 4:24 6:11
**bankruptcy** 1:2,14,23 6:9
**believe** 7:15,15
**brief** 7:20
**bring** 6:17
**Broadway** 3:4
**Brooklyn** 1:16
**budget** 5:2
**burden** 4:9
**business** 4:14

**C**

**C** 3:1 4:1 11:2,2
**cab** 5:1
**Cadman** 1:15
**call** 7:20
**Calling** 4:2
**cancelled** 6:8 7:23 9:8
**care** 9:19
**CARLA** 1:22
**carve-out** 5:18 7:16
**case** 1:4 4:2 5:13
**cases** 4:7
**cell** 4:16
**certain** 6:1
**Certified** 11:8
**certify** 11:4
**CERTILMAN** 3:11
**CET** 11:7
**chambers** 7:25
**chance** 6:11
**Chapter** 3:12 4:15,18,20 6:23 8:3 9:17
**CLERK** 4:2
**comes** 5:25
**commercial** 5:21 7:6
**concluded** 9:25
**confirmation** 8:3
**consideration** 7:13
**construction** 4:14
**continue** 8:21
**correct** 5:8,13 8:22
**counsel** 7:17
**Country** 11:11
**Court** 1:2,14 5:7,10,15 5:17,22,24 6:10,12,15 6:17,21,25 7:2,12,18,21 7:25 8:6,13,18,20,23 9:1,4,7,13,16,19,21,23
**CRAIG** 1:22
**creating** 5:18
**creditor** 7:16
**cure** 7:2

**D**

**D** 4:1 10:2
**date** 8:3 9:1 11:15
**daughter** 5:2
**daughter's** 5:5
**debtor** 1:10 3:3 4:9,11 6:2,22
**debtor's** 4:6
**DiCaro** 6:7
**diet** 4:11
**different** 5:18 8:24
**directing** 8:8
**discharge** 4:19,21
**DISTRICT** 1:3
**docket** 7:4,10
**doctor** 5:2
**doing** 4:15
**driver** 5:1
**D-485** 11:7

**E**

**E** 1:21,21,22 3:1,1 4:1,1 10:2 11:2
**East** 1:15 3:14
**EASTERN** 1:3
**Electronic** 11:8
**ended** 4:22
**ESQ** 3:8
**Esther** 2:24 11:4,7
**event** 8:8

**F**

**F** 1:21 11:2
**fact** 5:11 9:8
**faith** 4:10
**February** 1:18 4:23
**figure** 6:13
**file** 5:18
**filed** 4:12,13,15,18 7:2
**filing** 4:7,8,22
**filings** 4:11
**foreclosure** 8:2,7,9 10:7
**foregoing** 11:4

**G**

**G** 4:1 10:4
**given** 9:7,8
**going** 6:14
**Good** 4:4 6:20,21
**guessing** 7:9

**H**

**hear** 9:14
**hearing** 8:3 9:9 10:8
**Hempstead** 5:21
**HON** 1:22
**Honor** 4:4,6,9,12,17 5:9 5:14,20,23 6:20,24 7:1 7:15,24 8:5
**HONORABLE** 3:16
**hope** 5:3
**hopes** 4:15
**house** 7:5,10,18
**husband** 4:13 5:1
**husband's** 5:4
**HYMAN** 3:11

**I**

**imagine** 8:6
**imminent** 8:2
**income** 5:4,4,5
**initial** 4:13,13
**invoke** 2:1 4:6
**issue** 8:8 9:9

**J**

**J** 3:16
**job** 5:3
**jog** 7:9
**Joseph** 3:2,8 4:4,4 5:9,14 5:16,20,23 6:6,13 7:24 9:7,12,15,18,20,22
**JUDGE** 1:23

**K**

**K** 1:8
**know** 5:24,25 7:7,13,21 8:14,15

**L**

**L** 10:4
**late** 4:12
**LAW** 3:2
**lender** 6:5 8:8 9:10,17 10:6
**lender's** 6:7
**letter** 9:3,5
**lifted** 5:14
**LINE** 10:5
**LLC** 11:10
**LLP** 3:11

**loan** 4:15,19,22,22,24
**look** 8:25
**looking** 5:3 8:1

M

**making** 4:14 5:5
**March** 8:5,6,9 10:8
**matter** 1:6 6:14
**McCord** 3:16 5:8,12,25 6:18,20,24 7:1,11,15,19 8:5,14,15,17,19,22,25 9:5,16
**Meadow** 3:14
**mean** 8:14
**memory** 7:9
**Merrick** 3:13
**met** 4:11
**Mineola** 11:13
**modification** 4:16,20,22 4:23,25
**money** 4:15
**morning** 4:4 6:20,21
**mortgage** 5:6
**motion** 2:1 4:6 9:9

N

**N** 3:1 4:1 10:2,4 11:2
**Narissa** 3:2,8 4:4
**need** 9:10
**negotiated** 7:16
**New** 1:3,16 3:6,6,14 11:13

O

**O** 1:21 4:1 11:2
**obtained** 4:18
**OFFICE** 3:2
**Oh** 8:19 9:23
**Okay** 5:7,10 6:17 9:12 9:15,20
**Old** 11:11
**opposition** 9:14
**order** 8:8 9:10
**Ordered** 10:6
**o'clock** 8:10 9:24,24

P

**P** 3:1,1 4:1
**PAGE** 10:5
**papers** 6:9
**paperwork** 4:23
**Pause** 6:16,19 7:14 8:12
**payments** 5:6
**pending** 5:8 6:23
**permission** 9:2
**phone** 4:16
**plan** 9:6
**Plaza** 1:15
**position** 6:10
**possibly** 7:19
**present** 6:10
**presumption** 4:10
**prior** 4:7,11 8:9 9:1 10:7
**problem** 8:20
**proceedings** 9:25 11:5
**property** 5:10,19,20,21 6:2 7:6,22 8:16
**pursuing** 8:9 10:7

Q

**question** 5:7,12

R

**R** 1:21 3:1 4:1 10:4 11:2
**realizing** 7:22
**rebutting** 4:10
**received** 4:21 6:8
**record** 11:5
**refrain** 8:9 10:6
**regards** 5:16
**relates** 5:18
**relevant** 7:13
**report** 9:1
**representatives** 6:5,5
**residence** 7:3
**resume** 5:5
**retained** 4:12 6:14
**re-notice** 8:7
**RICHARD** 3:16
**right** 5:15 6:12,15 7:11 8:4,6 9:18,21
**ringing** 4:16
**Road** 11:11
**rules** 4:9

S

**S** 3:1 4:1
**sale** 6:8 7:17,22 8:2,7,9 10:7
**sale's** 9:8
**second** 7:20
**secured** 7:16
**send** 9:2,2,5
**sent** 4:23
**September** 11:15
**serve** 9:10,16
**set** 8:2,10 9:9
**setting** 9:23
**Shannon** 6:6
**Shapiro** 6:6
**show** 7:8
**Singh** 1:8 4:2,5
**situation** 6:22
**sold** 5:22
**sorry** 4:11 6:17
**speak** 6:11
**spoke** 6:6
**spoken** 6:4
**STATES** 1:2
**stay** 2:1 4:7 5:14
**steady** 5:4,4
**stepping** 6:21
**stipulation** 5:17 7:8
**story** 8:24
**Suite** 3:5 11:12
**sure** 7:21 9:10

T

**T** 11:2,2
**takes** 9:19
**tell** 6:1 7:4,7
**Thank** 6:21 9:22
**they'd** 8:7
**think** 4:17,23 8:1,21 9:19
**thinking** 7:22
**this'll** 7:9
**told** 8:1
**Transcribed** 2:24
**Transcriber** 11:8
**transcript** 11:4
**true** 11:5
**trustee** 3:12 5:8 6:25 9:17
**trying** 4:19
**turns** 8:15,16,18
**two** 4:7,10

U

**U** 10:4
**UNITED** 1:2
**U.S** 1:14,23

V

**Veritext** 11:10

W

**wait** 4:20 8:14
**want** 5:25 9:16
**wants** 6:2 7:2
**wasn't** 4:14
**way** 9:13
**went** 5:1
**weren't** 6:10
**we'll** 8:10 9:7,9,13
**we're** 8:1 9:23
**wife's** 5:3
**work** 4:19
**worked** 4:21
**working** 5:1
**writing** 9:1

X

**x** 1:5,12 10:2

Y

**Yeah** 7:21
**year** 4:8
**yesterday** 4:12
**York** 1:3,16 3:6,6,14 11:13

0

**09** 4:2
**09-41446** 1:4

1

**1** 8:10,10
**10:41** 1:19
**10:48** 9:25
**10007** 3:6
**11501** 11:13

| | |
|---|---|
| **1154** | 3:14 |
| **12** | 8:13 9:23,24 |
| **13** | 4:13,13 6:2 7:2 8:3,21 9:17 |
| **2** | |
| **2nd** | 4:23 |
| **200** | 11:11 |
| **2009** | 1:18 11:15 |
| **24** | 11:15 |
| **24th** | 8:4,6,10,11 9:9,24 10:8 |
| **27** | 1:18 |
| **271** | 1:15 |
| **277** | 3:4 |
| **4** | |
| **4146** | 4:3 |
| **5** | |
| **501** | 3:5 |
| **580** | 11:12 |
| **7** | |
| **73** | :12 4:15,18,20 5:7,11 5:22 6:3,23 8:16 |
| **8** | |
| **8** | 10:6,6 |
| **9** | |
| **90** | 3:13 |