Michael J. Macco
Chapter 13 Trustee
135 Pinelawn Road – Suite 120 South
Melville, NY 11747

*This Order relates to a hearing
on October 6, 2009*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X    **tmm1634**

In re:

Chapter 13

AMARJIT KAUR SINGH

Case No.: 109-41446-608

                       Debtor(s)        **ORDER**
---------------------------------------------------------X

      Upon the application and motion of the Trustee to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed, and same having come on to be heard before the Honorable Carla E. Craig on the 6th day of OCTOBER, 2009, and Michael J. Macco, Chapter 13 Trustee, having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed, and that sufficient cause has been shown, it is

      **ORDERED**, that pursuant to the provisions of 11 U.S.C. §§ 521 & 1307(c), the above referenced Chapter 13 case is hereby dismissed, and $250.00 is hereby awarded to the Trustee for costs incurred in relation to this case.



**Dated: Brooklyn, New York
October 8, 2009**

_____
**Carla E. Craig
United States Bankruptcy Judge**